**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 91-cr-00233-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL DOUGLAS COKER,

    Defendant.

---

**AMENDED
ORDER GRANTING DEFENDANT'S MOTION
FOR TRANSPORTATION AND SUBSISTENCE EXPENSES**[1]

---

**Blackburn, J.**

The matter before me is defendant Coker's **Motion For Transportation And Subsistence Expenses** [#28] filed May 1, 2009. The motion requests that the United States Marshal Service provide transportation and subsistence to Mr. Coker during travel to court under 18 U.S.C. § 4285.  Having reviewed the file and the record, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendant's **Motion For Transportation And Subsistence Expenses** [#28] filed May 1, 2009, is **GRANTED**;

    2.  That the United States Marshal Service for the District of Colorado is ordered to arrange and furnish travel for defendant, Michael Douglas Coker, from Denver,

---

[1] This amended order is entered at the request of the U.S. Marshal's Service.

Colorado, to the Arizona Department of Corrections, Tucson, Arizona, and provide subsistence for defendant to arrive in Tucson, Arizona, by Wednesday, May 6, 2009;

      3.  That such expenses shall be paid from funds allocated by the United States Attorney General pursuant to section 4285;

      4.  That on receipt of this order, counsel for the defendant shall contact the United States Marshal Service for the District of Colorado to make all necessary arrangements; and

      5.  That this order supplants and supersedes the Order Granting Defendant's Motion For Transportation And Subsistence Expenses [#30] entered May 1, 2009.

      Dated May 4, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge